ACCEPTED
04-15-00127-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 9:24:30 AM
KEITH HOTTLE
CLERK

# MOORMAN TATE HALEY UPCHURCH & YATES, LLP

R. HAL MOORMAN*†
STEVEN C. HALEY
LAURA UPCHURCH
WENDY YATES*
———————
ANDREW J. HEFFERLY
CHRISTOPHER S. HARDY

**ATTORNEYS AT LAW**
**207 EAST MAIN STREET**
**BRENHAM, TEXAS 77833**
**P.O. BOX 1808**
**BRENHAM, TEXAS 77834-1808**
**(979) 836-5664**
**FAX (979) 830-0913**
**www.moormantate.com**

BOARD CERTIFIED
*ESTATE PLANNING & PROBATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

†MILTON Y. TATE, JR. (RETIRED)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 9:24:30 AM
KEITH E. HOTTLE
Clerk

October 21, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205-3037

RE: *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch, LLC;* No. 04-15-00127CV, 4th Judicial District, San Antonio, Texas

Dear Justices of the Fourth Court of Appeals:

By way of supplement of the Brief of Appellee filed herein, Grace River Ranch, LLC provides the following citations and succinct comment by way of additional authority:

## No "Self-Help" Remedy in Appellants to Blockade the Easements Absent Judicial Intervention

Appellants (without obtaining any injunctive relief in the trial court) have utilized the "self-help" remedy of blocking both Grace River and the public from utilizing the subject easements.

Appellants cannot (without judicial intervention by the trial court) withhold access to the easements by Grace River and the public. *Smith v. Huston,* 251 S.W.3d

{18705.43065-00409934.DOCX}

808, 829 (Tex. App. – Fort Worth 2008, pet. denied). There is no "self-help" remedy

available to Appellants to blockade the easements simply because Appellants

unilaterally and subjectively assert that the easements have been terminated or that

maintenance obligations are unfilled. *Id.*

Sincerely,

STEVEN C. HALEY
SCH:mb

Enclosures

cc: Annalyn G. Smith
Schmoyer Reinhard, LLP
17806 I-10W, Ste. 400
San Antonio, Texas 78257
E-mail: asmith@ar-llp.com

Kimberly S. Keller
Keller Stolarczyk PLLC
234 West Bandera Road, No. 120
Boerne, Texas 78006
E-mail: kim@kellsto.com